

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALHE, INC. D/B/A CLUB BABALU, <br> ALFREDO NAVARRO HINOJOSA <br> Plaintiffs, <br> v. <br><br> CITY OF DALLAS, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO: <br> 3-05CV-2019D |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. *See* Local Rules 3.1(f); 81.1(a)(3)(D).

1. Alhe, Inc. d/b/a/ Club Babalu, Plaintiff

2. Alfredo Navarro Hinojosa, Plaintiff

3. City of Dallas, Defendant

4. Paul D. Rich, Rich & Associates, L.L.C., Counsel for Plaintiffs

5. Doreen McGookey, Office of the City Attorney, Counsel for Defendant City of Dallas

6. Christopher J. Caso, Office of the City Attorney, Counsel for Defendant City of Dallas

7. James D. Pinson, Office of the City Attorney, Counsel for Defendant City of Dallas

8. The State of Texas (through the Attorney General of the State of Texas)

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

**DOREEN E. MCGOOKEY**
Texas State Bar No. 13637600
Assistant City Attorney

**JAMES B. PINSON**
State Bar No. 16017700
Assistant City Attorney

DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

**CHRISTOPHER J. CASO**
Texas State Bar No. 03969230
Assistant City Attorney

1500 Marilla Street, 7DN
Dallas, Texas 75201
214.670.3519
214.670.0622 – Telecopier

By: _____
    Assistant City Attorney

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Christopher J. Caso, counsel for Defendant, certify that a true and correct copy of this document was served on Paul D. Rich of Rich & Associates, LLC, counsel for Plaintiffs, at 3500 Oak Lawn Avenue, Suite 510, Dallas, Texas, 75219 via certified mail, return receipt requested as required by the Texas Rules of Civil Procedure on the ___ day of October, 2005.

_____
Christopher J. Caso