



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALHE, INC. D/B/A CLUB BABALU, | § | |
| ALFREDO NAVARRO HINOJOSA | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 3:05-CV-2019-D |
| v. | § | |
| | § | |
| CITY OF DALLAS, | § | |
| Defendant. | § | |

ORIGINAL

### Defendant's Motion for Change of Designation of Lead Counsel

Defendant City of Dallas ("Defendant") files this motion for change of designation of lead counsel and would show the following:

**I.**

Defendant's current lead counsel, Christopher Caso, was designated as lead counsel in this case by this Court. Doreen E. McGookey is actually the lead attorney on this case. Defendant, therefore, request that the Court remove Mr. Caso as lead attorney on this case. Mr. Caso will remain as counsel of record.

**II.**

Defendant designates Doreen E. McGookey as lead counsel.

Respectfully submitted,

City Attorney of the City of Dallas
City Hall 7BN
1500 Marilla Street
Dallas, Texas 75201
214-670-3519
Fax - 214-670-0622

**DOREEN E. MCGOKEY**
Assistant City Attorney
State Bar of Texas No. 13637600

**Defendant's Motion for Change of Designation of Lead Counsel - page 1**

_____
CHRISTOPHER J. CASO
Assistant City Attorney
State Bar of Texas No. 03969230

## Certificate of Conference

Prior to filing this motion, the undersigned attorney conferred with Plaintiffs' Counsel, Mr. Paul Rich. Plaintiffs do not oppose the motion.

_____
DOREEN E. MCGOOKEY

## Certificate of Service

The undersigned hereby certifies that a copy of this document was served to the persons specified below in the manner indicated on this 9TH day of November, 2005, by First Class Mail to Paul D. Rich of Rich & Associates, LLC, counsel for Plaintiffs, at 3500 Oak Lawn Avenue, Suite 510, Dallas, Texas, 75219

_____
DOREEN E. MCGOOKEY