IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALHE, INC., D/B/A CLUB BABALU, et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:05-CV-2019-D |
| VS. | § § | |
| CITY OF DALLAS, | § § | |
| Defendant. | § | |

### **ORDER**

Plaintiffs having filed a notice of dismissal, the court dismisses this action without prejudice, pursuant to Fed. R. Civ. P. 41(a), and the clerk of court shall consider this action to be closed.

**SO ORDERED**.

November 21, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE